# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

MARK TREVILLION                                                                                           PLAINTIFF

v.                                       NO. 3:14-cv-00223 PSH

CAROLYN W. COLVIN, Acting Commissioner                                              DEFENDANT
of the Social Security Administration

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for the Acting Commissioner of the Social Security Administration ("Commissioner").

IT IS SO ORDERED this 28th day of October, 2015.

_____
UNITED STATES MAGISTRATE JUDGE